**Opinion issued November 7, 2019**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00749-CV
_____

## IN RE RENEE MALTZ, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Renee Maltz, filed a petition for writ of mandamus requesting this Court to compel the respondent district judge to rule on motions to dismiss filed by real parties in interest and relator's motion for extension in the underlying trial court proceeding.[1] A week later, relator filed a motion to dismiss this original proceeding

---

[1]    The underlying proceeding is *Renee Maltz v. One Stop Healthcare, 1 Stop Health Care Services, LLC, The Methodist Hospital, and The Methodist Health Care System*, Cause No. 2017-85716, the Honorable Ursula A. Hall presiding.

because the trial court entered an order ruling on all of the motions at issue in this proceeding.

Because respondent has ruled on relator's pending motions, relator's petition is moot and this Court no longer has jurisdiction to grant relief. *See Tex. A&M Univ.–Kingsville v. Yarbrough*, 347 S.W.3d 289, 290–91 (Tex. 2011); *In re Dash*, No. 01-18-00350-CV, 2018 WL 3580944, at *1 (Tex. App.—Houston [1st Dist.] July 26, 2018, orig. proceeding) (per curiam) (mem. op.).

Accordingly, we dismiss the petition for want of jurisdiction as moot. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.